In the Matter of the Estate of WILLIAM W. MCLAUGHLIN, Deceased.

HELEN E. MCLAUGHLIN, Individually and as Executrix of WILLIAM W. MCLAUGHLIN, Deceased, Appellant and Respondent; CITY BANK FARMERS TRUST COMPANY, as Successor Executor of WILLIAM W. MCLAUGHLIN, Deceased, et al., Respondents and Appellants.

In the Matter of the Estate of WILLIAM W. MCLAUGHLIN, Deceased.

HELEN E. MCLAUGHLIN, as Trustee under the Will of WILLIAM W. MCLAUGHLIN, Deceased, Appellant and Respondent; CITY BANK FARMERS TRUST COMPANY, as Successor Trustee under the Will of WILLIAM W. MCLAUGHLIN, Deceased, et al., Respondents and Appellants.

Argued January 21, 1941; decided February 27, 1941.

*Frederick Evan Crane, Irving H. Saypol, Leo Kotler* and *Samuel Lawrence Brennglass* for Helen E. McLaughlin, appellant and respondent.

*Michael H. Cardozo, Jr., Andrew D. Weinberger, Frank S. Stevens, Jr.,* and *Sidney B. Cardozo* for Irene N. Coffey et al., respondents and appellants.

*James D. Ouchterloney, John W. Hannon, Earle J. Starkey* and *Stanley E. Anderson* for City Bank Farmers Trust Company et al.; respondents and appellants.

Order affirmed, with costs to all parties filing separate briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.